152 A.3d 759

**HOWARD, Curtis**

v.

**STATE of Maryland**

**Pet. Docket No. 480, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1909, Sept. Term, 2015)

Petition for writ of certiorari denied

∎

152 A.3d 759

**HUFFMAN, Joshua A.**

v.

**STATE of Maryland**

**Pet. Docket No. 477, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1602, Sept. Term, 2015)

Petition for writ of certiorari dismissed